November 15, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

MARK ANTHONY REYNA, Appellant

NO. 14-12-00774-CV                         V.

DON SUMNER, HARRIS COUNTY TAX ASSESSOR, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on July 18, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Mark Anthony Reyna.

We further order this decision certified below for observance.